142 F.2d 556 (1944)
Edith GOLDWASSER, Petitioner,
v.
Joseph D. NUNAN, Commissioner of Internal Revenue, Respondent.
No. 22.
Circuit Court of Appeals, Second Circuit.
May 22, 1944.
*557 Clarence N. Goodwin, of Washington, D. C. (Goodwin, Rosenbaum & Meacham, of Washington, D. C., of counsel), for petitioner.
Bernard Chertcoff, of Washington, D. C., Samuel O. Clark, Jr., Asst. Atty. Gen., and Sewall Key and J. Louis Monarch, Sp. Assts. to Atty. Gen., for respondent.
Before L. HAND, CHASE, and FRANK, Circuit Judges.
PER CURIAM.
Affirmed on authority of Groman v. Commissioner, 302 U.S. 82, 654, 58 S.Ct. 108, 82 L.Ed. 63; and Helvering v. Bashford, 302 U.S. 454, 58 S.Ct. 307, 82 L.Ed. 367.